Case 02-37578 Document 346 Filed in TXSB on 12/02/02 Page 1 of 5

United States Courts
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

STERLING AFFILIATES, LTD.   Case No. 02-37578-H4-11

(Debtor)   (Chapter 11)

## LIMITED OBJECTION AND CLARIFICATION OF TEXAS WELDER'S SUPPLY CO., INC. TO DEBTOR'S FIRST AMENDED LIQUIDATING CHAPTER 11 PLAN, AS MODIFIED

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE AND TO ALL PARTIES IN INTEREST:

COMES NOW, TEXAS WELDERS SUPPLY CO., INC. ("TWSCO") and files this its Limited Objection to the Debtor's First Amended Liquidating Chapter 11 Plan, As Modified, showing unto this Court the following pursuant to Rule 3020(b)(1):

1. TWSCO has timely filed a Proof of Claim on July 24, 2002 and First Supplement to Proof of Claim on August 2, 2002 consisting of the following components:

Proof of Claim

$126,127.58   balance due on three accounts (of which $8,606.62 is a reclamation claim entitled to lien status or administrative priority pursuant to 11 U.S.C. 546(c) and 503(b) and which will be addressed by an application for an administrative claim filed within 30 days of confirmation, according to the procedure set forth in the Debtor's plan.)

$ 23,555.69   Purchase Agreement dated September 21, 2001, a Sales Agreement dated November 2, 1999, and a Sales Agreement dated March 9, 2001 for gas products contracted for but not yet delivered and paid for.

First Supplement to Proof of Claim

$6,165.   Additional prepetition equipment rental.

2. Debtor's First Amended Liquidating Chapter 11 Plan, as Modified, appears to only list the $126,127.58 component, but not the $23,555.69 nor the $6165. components. TWSCO believes this is a simple oversight but wishes for the plan to be clarified accordingly so that TWSCO and Debtor can either agree to allow TWSCO's claims or resolve same through the claim objection process.

3. Additionally, the prepetition cure amount for executory contracts with TWSCO is as follows:

| | |
|---|---:|
| TWSCO Purchase Agreement dated September 21, 2001 | $20,603.45 |
| TWSCO Sales Agreement and Product Supply Agreement, Schedule "A" each dated December 2, 1999 | *$ 5,958.78 |
| TWSCO Sales Agreement and Product Supply Agreement, Schedule "A" each dated March 9, 2001 | *$ 9,417.46 |
| Total Arrearage or "Cure Amount" | $35,979.69 |

\*    (Already included in original proof of claim amount of $126,127.58)

Debtor's Exhibit B-1 and B-2 for executory contracts to be accepted or rejected should be amended by the Debtor accordingly since (through no fault of the Debtor) the cure amount was incorrectly listed on Exhibit B-1 as zero. The Debtor will no doubt wish to either (i) amend to include the TWSCO cure amount as assumed on Exhibit B-1, or (ii) amend to include one or more of the TWSCO contracts as rejected on Exhibit B-2. TWSCO certainly hopes the Debtor will assume all the TWSCO contracts, but the plan should be clarified in this regard either way.

4. TWSCO is casting its ballot in favor of the plan, conditioned upon and subject to the requested clarifications.

WHEREFORE, PREMISES CONSIDERED, TWSCO requests that the Debtor and parties in interest take notice of these requested clarifications and that the Debtor's plan be amended and confirmed accordingly.

Respectfully submitted:

By: /s/ Larry C. Morris
Larry C. Morris
Texas Bar No. 14492020
4295 San Felipe, Suite 210
Houston, Texas 77027
(713) 355-4019
(713) 355-6234 (fax)
Attorney for Texas Welders Supply Co., Inc.

Proof of Service

I certify that I forwarded a true and correct copy of the foregoing document to the following on the 2nd day of December 2002 by first class United States mail addressed as follows or by fax:

**Debtor's Counsel**
Edward L. Rothberg
Richard Kaplan
Hugh Ray III or
Melissa Haselden
Weycer Kaplan Pulaski & Zuber
11 Greenway Plaza, Suite 1400
Houston, Texas 77046

**Agent for Debtor**
Mr. Wayne Fuquay & Associates
P.O. Box 820969
Houston, Texas 77282

**Debtor**
Sterling Affiliates, Ltd.
1211 Kress Street
Houston, Texas 77020

**U.S. Trustee's Office**
515 Rusk Avenue
Sui-te 3516
Houston, Texas 77002

**Counsel for the Committee of Unsecured Creditors**
David P McClain
McClain & Leppert PC
909 Fannin
Ste 4050
Houston, TX 77010

Keavin David McDonald
Wilshire Scott et al
1221 McKinney
Ste 3000
Houston, TX 77010

Blaine F Bates
Haynes & Boone
1000 Louisiana St
Ste 4300
Houston, TX 77002
713-547-2100

William Lawrence Medford
Patton Boggs
2001 Ross Ave
Ste 3000
Dallas, TX 75201

Daniel Jacob Goldberg
Ross Banks May Cron and Cavin
2 Riverway
Ste 700
Houston, TX 77056-1918

Glen Allan Nordt
Coats Rose Yale Holm Ryman & Lee
1001 Fannin
Ste 800
Houston, TX 77002-6707

Gilbert Herrera
GA Herrera & Co Investment Bankers
1502 August Ste 260
Houston, TX 77057

IOS Capital LLC
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Ron Little
National Realty Consultant
4605 Post Oak Place Drive Suite 120
Houston, Tx 77027

Mann Frankfort Stein & Lipp Advisors Inc
12 Greenway Plaza, Ste. #800
Houston, TX 77046

OCCU Systems/Concentra
P O Box 740933
Dallas, TX 75374

John Casey Roy
McClain & Seigel PC
Two Houston Center
909 Fannin
Ste 4050
Houston, TX 77010

James R Moats
Carlile Patchen et al
366 E Broad St
Columbus, OH 43215

Thomas W Graves
Adair & Myers PLLC
3120 Southwest Fwy
Ste 320
Houston, TX 77098

Keriann M Atencio
Greenberg Traurig LLP
2375 E Camelback Rd
Ste 700
Phoenix, AZ 85016

Joe Boyd Henderson, III
Doyle Restrepo et al
600 Travis
Ste 4700
Houston, TX 77002

Robert G Buchanan
Hermes Sargent et al
1717 Main St
Ste 3200
Dallas, TX 75201

Diana Merrill Woodman
Thompson Knight
1200 Smith St
Ste 3600
Houston, TX 77002

Aaron Keiter
Strother Keiter and Mulder
4545 Mt Vernon
Houston, TX 77006-5905

Robert J Bothe
McGrath North et al
222 S Fifteenth St
Ste 1400
Omaha, NE 68012

_____
Larry C. Morris